UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN SIEBER, et al., <br><br> Plaintiff, <br><br> v. <br><br> DISTRICT OF COLUMBIA, et al., <br><br> Defendant. | Civil Action No. 24-3247 (ACR) |

**DEFENDANT UNITED STATES' NOTICE REGARDING MEDIATION**

Defendant, the United States of America ("Defendant" or "United States"), by and through the undersigned counsel, respectfully submits this notice regarding the mediation conference scheduled to occur on June 4, 2025.

On February 4, 2025, the Court held a pre-motion conference to address the pre-motion notices filed by the defendants that had been served and appeared at that time. *See* ECF No. 55 (Tr. of Feb. 4, 2025 status conference). The Court then gave those defendants an opportunity to show cause why the matter should not proceed to mediation before the Court acted upon any of those defendants' arguments in support of dismissal. *See* Minute Order (Feb. 4, 2025). On February 7, 2025, this case was referred for mediation with Magistrate Judge Sharbaugh. *See* Minute Order (Feb. 7, 2025). The Court referred this case to mediation before the United States had appeared in place of defendant Deputy United States Marshal Kevin Spencer, and long before the United States submitted its pre-motion notice indicating the many ways in which the claims against the United States are beyond this Court's jurisdiction. *See* Notice of Appearance (ECF No. 62); *see also* Defendant United States' Request for Pre-Motion Conference (ECF No. 67). A settlement conference is scheduled in this case on June 4, 2024. *See* Order (ECF No. 66).

- 2 -

The Order referring this case to mediation excluded the Superior Court judicial defendants from the mediation, presumably because of their judicial immunity. Minute Order (Feb. 7, 2025). The Order also noted that the Court would consider a Motion to Dismiss from the Superior Court judicial defendants without the need to go through the Court's pre-motion conference process. *Id*.

Currently pending before the Court are the Superior Court Defendants' Motion to Dismiss (ECF No. 61) and the United States' Request for Pre-Motion Conference (ECF No. 67). The United States respectfully submits that absent a further order from the Court it does not plan to participate in the upcoming mediation, as it was not before the Court at the time of the order requiring mediation; at the time the Court ordered the non-judicial defendants into mediation the Court had considered other defendants' pre-motion notices but not the United States', which is different in kind, as the United States' dismissal bases are jurisdictional and rooted in sovereign immunity, among other bases, and in any event the United States cannot provide the relief that Plaintiff demands. Indeed, Plaintiff's counts have little if anything to do with the United States or Deputy Marshal Spencer. Further, no conceivable amendment of the Complaint would provide the Court subject matter jurisdiction over the claims against the United States.

| | |
|---|---|
| Dated: May 29, 2025<br>Washington, DC | Respectfully submitted,<br><br>JEANINE FERRIS PIRRO<br>United States Attorney<br><br>By:     */s/ Kimberly A. Stratton*<br>    KIMBERLY A. STRATTON<br>    P.A. Bar #327725<br>    Assistant United States Attorney<br>    601 D Street, NW<br>    Washington, DC 20530<br>    (202) 417-4216<br>    kimberly.stratton@usdoj.gov<br><br>    *Attorneys for the United States of America* |